**UNITED STATES of America,**
**Appellee,**

v.

**John W. OVERCAST, Appellant.**

No. 04–1993.

United States Court of Appeals,
Eighth Circuit.

Submitted May 26, 2005.

Decided May 31, 2005.

K. Michael Warner, U.S. Attorney's Office, Kansas City, MO, for Appellee.

Travis Poindexter, Federal Public Defender's Office, Kansas City, MO, for Appellant.

Before SMITH, FAGG, and MAGILL, Circuit Judges.

PER CURIAM.

John W. Overcast appeals the sentence the district court\* imposed after Overcast pleaded guilty to a firearm offense. His counsel has moved to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and Overcast has filed two supplemental briefs. We find no merit in any of the arguments raised by Overcast or his counsel.

Having conducted an independent review under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Thus, we

\* The Honorable Howard F. Sachs, United States District Judge for the Western District

grant counsel's motion to withdraw, and we affirm.